UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUAN PAYNE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:02CV1246 RWS |
| | ) |
| MICHAEL L. KEMNA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** the referral of this matter to United States Magistrate Judge David D. Noce under 28 U.S.C. § 636(b)(1) [#26] is **WITHDRAWN**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2007.